IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SAMUEL S. OLENS, in his official capacity as the Attorney General of the State of Georgia,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>H. FORD GRAVITT, individually and in his official capacity as Mayor of the City of Cumming, Georgia, and the CITY OF CUMMING, GEORGIA,<br><br>　　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION FILE NO.<br><br>12CV-1205 |

FORSYTH COUNTY GEORGIA
FILED IN THIS OFFICE
JUN 2 5 2012
CLERK SUPERIOR COURT

## VERIFICATION OF COMPLAINT

COMES NOW Nydia Tisdale and, having been duly sworn, hereby verifies that the facts alleged in the Complaint, as amended, are true and correct.

This 20 day of June, 2012,

_____
Nydia Tisdale

Notary

Sworn and subscribed
to me this 20th day
of June, 2012.

Shiela Guider

**My Commission
Expires: 5/16/2016**

12CV – 1205
VERIF
Verification
326554

Samuel S. Olens

-vs-

H. Ford Gravitt

## GEORGIA FORSYTH COUNTY

I, Greg G. Allen, Clerk Superior Court in and for said county, do hereby certify that this is a true and correct copy of the original that appears on record 12CV-1205 Verification of Complaint this office Given under my official signature and the seal of said Court, this 16th day of August 20 12
By: V. Warre _____ Deputy Clerk
Forsyth Superior Court