**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| NYDIA TISDALE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:12-CV-0145-RWS |
| MAYOR H. FORD GRAVITT, | : | |
| individually and in his official | : | |
| capacity, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

On August 16, 2012, Defendants filed a Motion for Judgment on the Pleadings [11] seeking to dismiss Plaintiff's Open Meetings Act claim. Shortly thereafter, the parties submitted a proposed Order staying disposition of the Open Meetings Act claims pending disposition of the case of Olens v. Gravitt, Case No. 12-CV-1205, Superior Court of Forsyth County. The Court entered the Consent Order [13] staying further briefing on the claim until a disposition in the pending state action. Subsequently, the Court has continued discovery in the case on several occasions.

In light of the delay in resolution of the state proceeding and in order for the parties to fully address the issues in the pending motion based upon the

decision in the state action, the pending Motion for Partial Judgment on the Pleadings [11] is **DENIED**, with the right to refile.

**SO ORDERED**, this  16th  day of July, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)