IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| NYDIA TISDALE, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) No.: 2:12-CV-00145-RWS |
| vs. | ) |
| | ) |
| MAYOR H. FORD GRAVITT, individually and in his official capacity, CITY OF CUMMING, GEORGIA, and POLICE CHIEF CASEY TATUM, individually and in his official capacity as Chief of Police for the City of Cumming, DEPUTY POLICE CHIEF WALTER COOK, individually, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF CONSENT DISMISSAL
## PURSUANT TO SETTLEMENT

Pursuant to the Release and Settlement attached hereto, Plaintiff, with consent of all defendants, voluntarily dismisses this action with prejudice as to all defendants.

DATED: This the 16th day of March, 2015.

Respectfully submitted,

/s Gerald Weber
Gerald Weber
Georgia Bar No.: 744878

--
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
(404) 522-0507/(404) 932-5845

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing STIPULATION OF CONSENT DISMISSAL PURSUANT TO SETTLEMENT to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF.

Dana K. Maine dmaine@fmglaw.com
James M. Dervin jdervin@fmglaw.com
Freeman Mathis & Gary, LLP
100 Galleria Pkwy., Suite 1600
Atlanta, Georgia 30339-5948

Dana B. Miles dmiles@mphtlaw.com
Kevin J. Tallant ktallant@mphtlaw.com
202 Tribble Gap Road, Suite 200
Cumming, GA 30040-2540

DATED: This the 16th day of March, 2015.

/s Gerald Weber
Gerald Weber