# CITY OF CUMMING AUDIO-VISUAL RECORDING POLICY

In order to ensure public safety and proper conduct of any public meetings, the following policy shall apply to all audio and/or visual recording of public meetings held at City Hall:

1. Hand held audio and/or visual recording devices may be used from any location within the public seating area. The individual using the same shall not move around or leave their seat or otherwise be disruptive of the meeting in order to record unless invited to temporarily move by the Mayor and Council for the purpose of recording a ceremonial event or presentation (for example taking a photograph of a presentation by the Mayor and Council to local American Cancer Society members recognizing Cancer Awareness Month).
2. No audio and/or visual recording devices may be set up in the aisles, between rows of seats, in the front or back walkway areas of the Council Chambers or in any area that could impede ingress or egress of any individual at the meeting or present any fire safety or public safety problem.
3. There will be a designated area in the Council Chambers for use of tripods or any non-hand held audio and/or visual recording device. Tripods and non-hand held audio and/or visual recording devices may only be used in the designated area.

Gerald Blackburn, City Administrator

May 1, 2012

